

US00D411456S

# United States Patent [19]
## Mast et al.

[11] Patent Number: **Des. 411,456**
[45] Date of Patent: ** Jun. 22, 1999

[54] BOTTLE

[75] Inventors: **Rexford R. Mast**, Wooster; **Vincent L. Haley**, Orville, both of Ohio

[73] Assignee: **GOJO Industries, Inc.**, Cuyahoga Falls, Ohio

[**] Term: **14 Years**

[21] Appl. No.: **29/093,002**

[22] Filed: **Aug. 31, 1998**

[51] LOC (6) Cl. ............................................. 09-01
[52] U.S. Cl. ............................ **D9/521**; D9/337; D9/535
[58] Field of Search ........................... D9/521, 520, 573, D9/566, 530, 531, 535, 536, 302, 337; 220/751; 215/399, 398, 385

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 163,443 | 5/1951 | Crane | D9/337 |
| D. 209,098 | 10/1967 | Spiess | D9/521 |
| D. 213,041 | 12/1968 | Stehl | D9/566 |
| D. 243,121 | 1/1977 | Ralston, Jr. et al. | D9/520 |
| D. 247,282 | 2/1978 | Zimmermann | D9/521 |
| D. 296,302 | 6/1988 | Weber | D9/521 |
| D. 323,291 | 1/1992 | Wilgus | D9/521 |
| D. 395,819 | 7/1998 | Fenton | D9/337 |

*Primary Examiner*—Lucy Liebermann
*Attorney, Agent, or Firm*—Reese Taylor

[57] **CLAIM**

We claim the ornamental design for a bottle, as shown and described.

**DESCRIPTION**

FIG. 1 is a top, rear and side perspective view of a bottle showing our new design;
FIG. 2 is a front elevational view;
FIG. 3 is a side elevation as seen from the left of FIG. 2;
FIG. 4 is a side elevation as seen from the right of FIG. 2;
FIG. 5 is a rear elevational view;
FIG. 6 is a top plan view; and,
FIG. 7 is a bottom plan view.

1 Claim, 4 Drawing Sheets



**EXHIBIT 1**

**U.S. Patent**  Jun. 22, 1999  Sheet 1 of 4  **Des. 411,456**



FIG. 1


FIG. 2


FIG. 3




FIG. 4        FIG. 5



FIG. 6



FIG. 7